# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

| | |
|---|---|
| United States of America<br>v.<br>Cameron James Stout<br><br>*Defendant(s)* | )<br>)<br>) Case No. 15-3007-MJ-MJW<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __3/17/2015__ in the county of __Morgan__ in the __Western__ District of __Missouri__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 871 | Threats against the President (see attached charge) |

This criminal complaint is based on these facts:

See affidavit of USSS Special Agent Paul A. York, attached hereto and made a part hereof for all purposes.

☑ Continued on the attached sheet.

*Complainant's signature*

USSS Special Agent Paul A. York
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 03/17/2015

*Judge's signature*

City and state: Jefferson City, Missouri    Matt J. Whitworth, United States Magistrate Judge
*Printed name and title*