# ATTACHED CHARGE

On or about March 17, 2015, in Morgan County, in the Western District of Missouri, CAMERON JAMES STOUT, Defendant, did knowingly and willfully make a threat to take the life of, and to inflict bodily harm upon, the President of the United States, specifically, to shoot the President, all in violation of Title 18, United States Code, Section 871.