IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | No. 15-04013-01-CR-C-BCW |
| Plaintiff, | 18 U.S.C. § 871 |
| | NMT 5 years and/or $250,000 |
| v. | Supervised Release: NMT 3 years |
| | Class D Felony |
| **CAMERON JAMES STOUT,** | |
| [DOB: 4/26/1990] | $100 mandatory penalty assessment |
| Defendant. | |

# I N D I C T M E N T

THE GRAND JURY CHARGES THAT:

(Threats Against the President)

On or about March 17, 2015, in Morgan County, in the Western District of Missouri, CAMERON JAMES STOUT, Defendant, did knowingly and willfully make a threat to take the life of, and to inflict bodily harm upon, the President of the United States, specifically, to shoot the President, all in violation of Title 18, United States Code, Section 871.

**A TRUE BILL.**

/S/
**FOREPERSON OF THE GRAND JURY**

/S/
**JIM LYNN**
Assistant United States Attorney
Missouri Bar No. 32140

Dated: 4/1/15