IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:15-cr-04013-BCW-1 |
| ) | |
| CAMERON JAMES STOUT, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is the United States of America's Motion for Dismissal (Doc. #27). The Court, being duly advised of the premises, grants said Motion.

On April 2, 2015, Defendant was indicted on a criminal count of threats against the President, in violation of 18 U.S.C. §§ 871 (Doc. #13).

The United States seeks dismissal of the one count against Defendant, pursuant to Fed. R. Crim. P. 48(a). "The government may, with leave of court, dismiss an indictment, information, or complaint" before the start of trial. FED. R. CIV. P. 48(a). The United States filed its motion to dismiss on October 20, 2015. Trial in this matter is scheduled on November 30, 2015. Thus, the counts against Defendant may be properly dismissed. Accordingly, it is hereby

ORDERED the United States' Motion for Dismissal (Doc. #27) is GRANTED. It is further

ORDERED, pursuant to Fed. R. Civ. P. 48(a), Count One of the Indictment against Defendant Cameron James Stout is DISMISSED.

IT IS SO ORDERED.

DATED: November 20, 2015

/s/ Brian C. Wimes
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT COURT